UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Lorraine Dougherty, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>- against -<br><br>Kohl's, Inc.,<br><br>        Defendant | 2:23-cv-00456-JPS |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 14, 2023

                        Respectfully submitted,

                        /s/Spencer Sheehan
                        Sheehan & Associates, P.C.
                        60 Cuttermill Rd Ste 412
                        Great Neck NY 11021
                        (516) 268-7080
                        spencer@spencersheehan.com