# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LORRAINE DOUGHERTY,<br><br>                      Plaintiff,<br><br>v.<br><br>KOHL'S, INC.,<br><br>                      Defendant. | Case No. 23-CV-456-JPS<br><br>**ORDER** |

      On April 7, 2023, Plaintiff filed a putative class-action complaint in the above-captioned matter, alleging various state-law fraud and misrepresentation claims. ECF No. 1. No class was certified, and Defendant has not yet filed a responsive pleading. On August 14, 2023, Plaintiff filed a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 11.

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and because Federal Rule of Civil Procedure 23(e) does not apply, the Court will adopt Plaintiff's notice of voluntary dismissal. The dismissal will operate without prejudice because Plaintiff's notice does not state otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B).

      Accordingly,

      **IT IS ORDERED** that Plaintiff's notice of voluntary dismissal, ECF No. 11, be and the same is hereby **ADOPTED**; and

      **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge